UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYTRIGGERS.COM, INC. F/K/A<br>MYTRIGGERS.COM, LLC<br><br>    PLAINTIFFS,<br><br>V.<br><br>HARTFORD CASUALTY INSURANCE<br>COMPANY<br><br>    DEFENDANT. | CASE NO.  08 CV 8850<br><br>JUDGE PRESKA (LAP)<br><br>MAGISTRATE JUDGE PITMAN (HP) |

### DEFENDANT'S NOTICE OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER OF VENUE, PURSUANT TO 28 U.S.C. §1404 IN LIEU OF ANSWER

COMES NOW the Defendant, Hartford Casualty Insurance Company, (hereinafter referred to as "The Hartford"), hereby moves this Court, for an Order dismissing this action, based in part on Federal Rule of Civil Procedure 13 (A) and/or Ohio Rule of Civil Procedure 13 (A), or transferring this action to the Southern District of Ohio, Eastern Division pursuant to 28 U.S.C. §1404. The grounds for this Motion are supported in the accompanying MEMORANDUM IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE IN LIEU OF ANSWER.

Respectfully submitted,

Dana R. Luther, Esq. (DL1833)
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
600 Vine Street, Suite 2600
Cincinnati, Ohio  45202
(513) 579-0080
(513) 579-0222 - Fax
dluther@smithrolfes.com
ATTORNEY FOR DEFENDANT



**SMITH, ROLFES & SKAVDAHL**
COMPANY LPA

**CINCINNATI**
600 Vine Street • Suite 2600
Cincinnati, Ohio 45202
(513) 579-0080

**COLUMBUS**
50 W. Broad Street • Suite 3400
Columbus, Ohio 43215
(614) 469-7130

**DETROIT**
39555 Orchard Hill Place • Suite 600
Novi, Michigan 48375
(248) 374-5020

## CERTIFICATE OF SERVICE

I hereby certify that on November __11th__, 2008, a copy of Defendant's Notice of Motion to Dismiss was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark F. Bruckmann Esq.
BRUCKMANN & VICTORY, LLP
420 Lexington Avenue, Suite 1621
New York, New York  10170
(212) 850-8501
(212) 850-8505 fax
bruckmann@bvlaw.net

                                    Respectfully submitted,

                                    _/s/ Dana Luther_
                                    Dana R. Luther, Esq. (DL1833)



**SMITH, ROLFES & SKAVDAHL**
COMPANY LPA

CINCINNATI
600 Vine Street • Suite 2600
Cincinnati, Ohio 45202
(513) 579-0080

COLUMBUS
50 W. Broad Street • Suite 3400
Columbus, Ohio 43215
(614) 469-7130

DETROIT
39555 Orchard Hill Place • Suite 600
Novi, Michigan 48375
(248) 374-5020